UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TUCK WONG,

    Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 21-cv-08302-DMR

**ORDER TO SHOW CAUSE RE: SANCTIONS**

On October 25, 2021, Plaintiff Tuck Wong filed suit in this Court. Pursuant to the parties' stipulated briefing schedule for cross motions for summary judgment, Plaintiff's motion for summary judgment was due by November 2, 2022. [Docket No. 17.] No motion has been filed. Accordingly, by no later than November 18, 2022, the parties shall each show cause why sanctions should not be imposed for their failure to comply with the court-ordered briefing schedule.

**IT IS SO ORDERED.**

Dated: November 14, 2022



Donna M. Ryu
United States Magistrate Judge